UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

BEYONICS INTERNATIONAL PTE LTD.,

                Plaintiff,

    v.

SCOTT DAVID SMITH,

               Defendant.

Civil Action No.

---

### DECLARATION OF JOHN J. HAY

Pursuant to 28 U.S.C. § 1746, I declare as follows:

    1.    I am an attorney admitted to practice law in the State of Connecticut and a Partner at Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, attorney for the Plaintiff BEYONICS INTERNATIONAL PTE LTD. ("Plaintiff") in this matter. I am authorized and competent to testify to the matters set forth herein, and unless otherwise indicated, I make this Declaration based upon personal knowledge.

    2.    Attached as **Exhibit 1** is a true and correct copy of a judgment entered in case No. HC/S 285/2019 by the High Court of the Republic of Singapore on May 24, 2019 (the "Judgment"), in favor of Plaintiff and against Defendant SCOTT DAVID SMITH ("Defendant").

    3.    The last known address of Defendant is: 13 Turtle Ridge Court, Ridgefield, Connecticut.

4. The address of Plaintiff is: c/o its attorneys, Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020.

5. The Plaintiff intends to enforce the Judgment against property located within the jurisdiction of this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2019

By: _____
John J. Hay