# EXHIBIT 1

IN THE HIGH COURT OF THE REPUBLIC OF SINGAPORE

Case No.: HC/S 285/2019  
Doc No.: HC/JUD 289/2019  
Filed: 24-May-2019 12:08 PM



Between

BEYONICS INTERNATIONAL PTE LTD  
(Singapore UEN No. 197802937Z)

...Plaintiff(s)

And

SCOTT DAVID SMITH  
(United States Passport No. 422072083)

...Defendant(s)

**JUDGMENT UNDER O 19**

**NO DEFENCE** having been served by the abovenamed Defendant, **IT IS THIS DAY ADJUDGED** that the Defendant do pay the Plaintiff:

1. The sum of S$312,217.06;

2. Interest on the sum of S$312,217.06 at the rate of 5.33% per annum from the date of the Writ of Summons on 15 March 2019 to the date of Judgment; and

3. Costs fixed at S$4,438.49.

TEH HWEE HWEE  
REGISTRAR  
SUPREME COURT

SINGAPORE