# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Client's File No.: _____

Civil Action #:    3:19 -cv-00926-VLB

Date Filed:    June 14, 2019

:



BEYONICS INTERNATIONAL PTE LTD.,

*Plaintiff(s)*

*vs*

SCOTT DAVID SMITH,

*Defendant(s)*

STATE OF   MASSACHUSETTS COUNTY OF    MIDDLESEX    SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Massachusetts

That on the following date:    June 26, 2019    , at the following time:    10:34 AM   ,

at     C & K, 1601 TRAPELO ROAD, SUITE 178, WALTHAM, MA 02451     deponent served the within

Summons in a Civil Case, Complaint for Recognition of Foreign Money Judgment under Connecticut Uniform Foreign Money - Judgments Recognition Act, Civil Cover Sheet; Corporate Disclosure Statement; Order on Pretrial Deadlines, Standing Protective Order With Exhibit A, Order on Pretrial Deadlines, Notice to Counsel and Pro Se Parties

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

**Upon: SCOTT DAVID SMITH** .

[ ] **Individual**   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[X] **Responsible Person**   By delivering to and leaving with      Peggy Nee     ,    Assistant
       *Relationship*
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place   [X] place of business/employment   [ ] last known address within the State. [ ] usual place of abode

[X] **Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on     June 26, 2019

[ ] **Corporation LLC / LLP**   By delivering to and leaving with        said individual to be
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts**   Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**   Sex:   Female    Color of skin   Black     Color of hair:   Black    Age:   36 - 50 Yrs.    Height:   5ft 4inch - 5ft 8inch
Weight:   100-130 Lbs.    Other Features:

[ ] **WITNESS FEES**   Subpoena Fee Tendered in the amount of

[X] **MILITARY SERVICE**   I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on the 26t day of June 2019

*Elena M Nardizzi*

*Paul Nardizzi*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Paul Nardizzi

PROCESS SERVER LICENSE #   N/A

Work Order #   1438438

**ELENA M. NARDIZZI**
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
November 28, 2025

**AFFIDAVIT OF SERVICE**

Client's File No.: _____
Civil Action #: 3:19 -cv-00926-VLB
Date Filed: June 14, 2019
:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

*BEYONICS INTERNATIONAL PTE LTD.,*

*Plaintiff(s)*

*vs*

*SCOTT DAVID SMITH,*

*Defendant(s)*

STATE OF  CONNECTICUT COUNTY OF   HARTFORD  SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of  Connecticut

That on the following date:  June 24, 2019  , at the following time:  1:20 PM  ,

at  13 TURTLE RIDGE COURT, RIDGEFIELD, CT 06877  deponent served the within

Summons in a Civil Case, Complaint for Recognition of Foreign Money Judgment under Connecticut Uniform Foreign Money - Judgments Recognition Act, Civil Cover Sheet; Corporate Disclosure Statement; Order on Pretrial Deadlines; Standing Protective Order With Exhibit A, Order on Pretrial Deadlines, Notice to Counsel and Pro Se Parties

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

**Upon: SCOTT DAVID SMITH** .

| | |
|---|---|
| [ ] **Individual** | By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein. |
| [ ] **Responsible Person** | By delivering to and leaving with _____ , _____ **Relationship** a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's [ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State. [ ] usual place of abode |
| [X] **Mail** | A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on  June 25, 2019 . |
| [ ] **Corporation LLC / LLP** | By delivering to and leaving with _____ said individual to be _____ who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. |
| [X] **Affixing To Door** | By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place     [ ] place of business/employment   [ ] last known address within the State. [X] usual place of abode |
| [ ] **Previous Attempts** | Deponent previously attempted to serve the above named defendant/respondent on: |
| **Description of Recipient** | Sex: _____  Color of skin _____   Color of hair: _____   Age: _____   Height: _____ Weight: _____   Other Features: _____ |
| [ ] **WITNESS FEES** | Subpoena Fee Tendered in the amount of |
| [ ] **MILITARY SERVICE** | I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations narrated. |
| [X] **Other** | I attempted service on 06/17/19 @ 5:50 p.m. I spoke to Steven who stated that the Subject was away until 6/22/19 and that he didn't live there and couldn't accept the documents.  I attempted on 06/22/19 @ 10:20 a.m.  I  spoke to Maria who stated that she spoke limited English.  She stated that the Subject was away until sometime next week and  that she didn't live there and couldn't accept the documents. Attempted on 06/24/19 @ 1:20 p.m.  No answer. Attempted again at 8:07 p.m.  Car in garage, no answer at front door.  POSTED DOCUMENTS. I was unable to verify military status. |

Sworn to before me on  JUNE 27, 2019 _____

*Elizabeth Kulas*

PROCESS SERVER - PRINT NAME BELOW SIGNATURE

Alan Jones

PROCESS SERVER LICENSE # _____

**Work Order #  1438140**

ELIZABETH KULAS
Notary Public
Connecticut
My Comm. Expires May 31, 20__